

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

|  | § |  |
|---|---|---|
| MARK A. BEALL, | | No. 08-16-00213-CV |
| | § | |
| Appellant, | | Appeal from |
| | § | |
| v. | | County Court at Law No. 2 |
| | § | |
| CENTRAL CITY AUSTIN CHURCH, | | of Travis County, Texas |
| | § | |
| Appellee. | | (TC # C-1-CV-16-004298) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed as moot, in accordance with the opinion of this Court. We therefore dismiss the appeal. We further order that because Appellant is indigent, no order regarding costs is made. We further order that this decision be certified below for observance.

IT IS SO ORDERED THIS 17TH DAY OF NOVEMBER, 2017.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.